UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-321 |
| DIANN R. TALLIEU | SECTION "N" |

### ORDER AND REASONS

Before the Court is the "Motion of Petitioner for Modification or Reduction of Sentence Based Upon an Intervening Post-Sentencing Change in the United States Sentencing Guidelines pertaining to Specific Offender Characteristics (Amendment 2) 5H1.3" (Rec. Doc. 29). After considering the motion and the applicable law, guidelines, etc.,

**IT IS ORDERED** that the **"Motion of Petitioner for Modification or Reduction of Sentence Based Upon an Intervening Post-Sentencing Change in the United States Sentencing Guidelines pertaining to Specific Offender Characteristics (Amendment 2) 5H1.3" (Rec. Doc. 29)** is **DENIED.**

Amendment 739, incorrectly referred to by Petitioner as "Amendment 2", merely changes the "ordinarily not relevant" language to "may be relevant". This Court concludes that this amendment essentially codifies the advisory nature of the guidelines as set forth in *United States v. Booker*, *United States v. Fanfan*, 125 S. Ct.738 (2005). It does not affect the guideline range. Here,

Petitioner's mental health status was set forth in the presentence investigation report ("PSR"), and this Court considered all the factors in the PSR before Petitioner was sentenced. On the showing made, no reduction shall be granted.

    New Orleans, Louisiana, this 15th day of November, 2010.

                                    **KURT D. ENGELHARDT**
                                    **United States District Judge**